**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 22 EM 2017
                :
         Respondent      :
                :
                :
        v.            :
                :
                :
DONALD BETHEA,         :
                :
         Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.